# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES J. GLEASON, CHARLES W. GLEASON, VIRGIL LEISE, ADAM LONG, JAMES RIEBSCHLAGER, DYLAN SKEEN, and STAN WEST,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRECTV, LLC,<br><br>Defendant. | 8:18CV582<br><br>ORDER TO SHOW CAUSE |

The records of the Court show that on December 21, 2019, a letter (Filing No. 6) was sent to the following attorney(s) from the Office of the Clerk directing that they obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

George A. Hanson
STUEVE, SIEGEL LAW FIRM
460 Nichols Road, Suite 200
Kansas City, MO 64112

**IT IS ORDERED** that on or before January 22, 2019, the attorney(s) listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this Order will result in George A. Hanson being removed as counsel of record.

Dated this 8th day of January, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge